IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN PRIMERA,<br><br>               Plaintiff,<br><br>vs.<br><br>BETHEL SOLUTIONS, INC.,<br><br>               Defendant. | Case No. 3:20-cv-00157-JMK<br><br>**ORDER OF DISMISSAL**<br>**WITH PREJUDICE** |

As stipulated by the parties at Docket 33, filed December 5, 2022, it is hereby

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, the parties to bear their own respective costs and attorney fees, if any.

FURTHER ORDERED that pending motions, if any, are DENIED, and pending deadlines and filing requirements, if any, are VACATED.

IT IS SO ORDERED this 6th day of December, 2022, at Anchorage, Alaska.

                                                      */s/ Joshua M. Kindred*
                                                      JOSHUA M. KINDRED
                                                    United States District Judge